UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGE LIMITED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUNGECHICAGO.COM, <br><br> Defendant. | Case No.  C13-0621RSL <br><br> ORDER GRANTING PLAINTIFF'S LEAVE TO PROCEED ON AN *IN REM* BASIS |

   This matter comes before the Court on "Plaintiffs' Motion to Proceed on an *In Rem* Basis" in the above-captioned matter. Dkt. # 9.  The Court finds that plaintiffs have attempted, through all ordinary and customary means, to contact the owner of the defendant domain name.  Some of the attempted communications were unsuccessful because of false addresses used by the domain name registrant and on the allegedly infringing website.  No response was received to the communications that were successful.

   Plaintiffs' motion is hereby GRANTED.  Plaintiffs may proceed on an *in rem* basis pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii) and need not publicize notice pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb).

ORDER GRANTING PLAINTIFF'S
TO PROCEED ON AN *IN REM* BASIS - 1

Dated this 16th day of May, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S LEAVE
TO PROCEED ON AN *IN REM* BASIS - 2