1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGE LIMITED, *et al.*,

            Plaintiffs,

     v.

BUNGECHICAGO.COM,

          Defendant.

Case No.  C13-0621RSL

ORDER GRANTING PLAINTIFF'S
LEAVE TO PROCEED ON AN *IN
REM* BASIS

       This matter comes before the Court on "Plaintiffs' Motion to Proceed on an

*In Rem* Basis" in the above-captioned matter.  Dkt. # 9.  The Court finds that plaintiffs

have attempted, through all ordinary and customary means, to contact the owner of the

defendant domain name.  Some of the attempted communications were unsuccessful

because of false addresses used by the domain name registrant and on the allegedly

infringing website.  No response was received to the communications that were

successful.

       Plaintiffs' motion is hereby GRANTED.  Plaintiffs may proceed on an *in

rem* basis pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii) and need not publicize notice

pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb).

1    Dated this 16th day of May, 2013.

2

3    Robert S. Lasnik
     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S LEAVE
TO PROCEED ON AN *IN REM* BASIS - 2