1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGE LIMITED, *et al.*,

    Plaintiffs,

  v.

BUNGECHICAGO.COM,

    Defendant.

Case No. C13-0621RSL

ORDER GRANTING PLAINTIFFS LEAVE TO TAKE EXPEDITED DISCOVERY

        This matter comes before the Court on "Plaintiffs' Motion for Leave to Take Expedited Discovery" in the above-captioned matter. Dkt. # 15. Because this action is proceeding *in rem* and the identities of the individuals behind the allegedly infringing website have been difficult to discern, plaintiffs cannot conduct a traditional Rule 26(f) conference and require discovery to locate the persons responsible for the defendant domain name.

        Plaintiffs' motion for leave to take expedited discovery is GRANTED in part. Plaintiff may initiate discovery, including the issuance of subpoenas under Fed. R. Civ. P. 45, on the registrar of the domain name BUNGECHICAGO.COM in an effort to identify the persons responsible for the defendant domain name and the associated website. The recipient of a subpoena authorized by this Order shall give written notice,

ORDER GRANTING PLAINTIFFS LEAVE
TO TAKE EXPEDITED DISCOVERY - 1

1 which includes email notice, and a copy of the subpoena to the registrant as soon as
2 possible after service of the subpoena.  The registrar and/or registrant shall have thirty
3 (30) days from the date of service of the subpoena on the registrar to object to the
4 subpoena pursuant to Fed. R. Civ. P. 45(c)(2)(B).  The registrar shall not disclose the
5 requested information during the 30-day period or if a timely objection is served unless
6 and until the Court orders it to do so.  If an objection is served, the registrar shall preserve
7 any material responsive to the subpoena for a period of six months in order to allow
8 plaintiffs to move for an order compelling production under Fed. R. Civ. P.
9 45(c)(2)(B)(i).  If no objection is served, the registrar shall comply with the subpoena
10 within ten (10) days.

11       Plaintiffs have not justified their request for leave to file discovery on
12 unidentified persons or entities related to "other similar websites and domain names,"
13 however.  If the information obtained from the domain name registrar is insufficient or
14 suggests other avenues of investigation, plaintiffs may request leave of Court to serve
15 additional third-party discovery.

17       Plaintiff shall provide a copy of this Order with each subpoena issued
18 pursuant thereto.

20       Dated this 22nd day of May, 2013.

22       */s/ Robert S. Lasnik*
      Robert S. Lasnik
      United States District Judge

ORDER GRANTING PLAINTIFFS LEAVE
TO TAKE EXPEDITED DISCOVERY - 2