13-CV-00621-AF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGE LIMITED, *et al.*,

Plaintiffs,

v.

BUNGECHICAGO.COM,

Defendant.

Case No. C13-0621RSL

ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DIRECTING TRANSFER OF DOMAIN NAME

This matter comes before the Court on "Plaintiff's Motion for Summary Judgment." Dkt. # 20. Defendant has not opposed the motion, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the motion on its merits and finds that summary judgment is appropriate.

The Clerk of Court is therefore directed to enter judgment in favor of plaintiff and against defendant. The Court further directs eNOM, Inc., the registrar and custodian of the domain name BUNGECHICAGO.COM, to transfer the domain name BUNGECHICAGO.COM to plaintiff Bunge Limited.

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGEMENT - 1

1         Dated this 12th day of August, 2013.

                                                */s/ Robert S. Lasnik*
                                                Robert S. Lasnik
                                                United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGEMENT - 2