UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGE LIMITED and BUNGE CHICAGO, INC.,

Plaintiffs,

v.

BUNGECHICAGO.COM and BUNGECHICAGOINC.COM,

Defendants.

Case No. C13-0621RSL

ORDER GRANTING LEAVE TO AMEND

This matter comes before the Court on plaintiffs' "Motion for Leave to Amend Amended Complaint." Dkt. # 31. In October 2013, new domain names, BUNGE-CHICAGO.COM, BUNGE-CHICAGOINC.COM, and BUNGE-CHICAGOINCORPORATED.COM, were registered by the same parties who had previously registered the original domain name defendants. Plaintiffs' motion to amend to add the new domain names as defendants is GRANTED. The Clerk of Court is directed to accept and docket the Second Amended Complaint filed by plaintiffs at Dkt. # 31-2.

Dated this 8th day of January, 2014.

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO AMEND - 1