UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGE LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUNGECHICAGO.COM,<br><br>Defendant. | Case No. C13-0621RSL<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR LEAVE TO PROCEED *IN REM* AND TO TAKE DISCOVERY |

This matter comes before the Court on plaintiffs' "Second Motion for Leave to Proceed *In Rem* and for Leave to Take Discovery" in the above-captioned matter. Dkt. # 32. The Court finds that plaintiffs have attempted, through all ordinary and customary means, to contact the owner of the defendant domain names. Some of the attempted communications were unsuccessful because of false addresses used by the domain name registrant and on the allegedly infringing website. No response was received to the communications that were successful.

Plaintiffs' motion is hereby GRANTED. Plaintiffs may proceed on an *in rem* basis pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii) and need not publicize notice pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb). Plaintiffs may take third-party discovery related to the new domain names (BUNGECHICAGOINC.COM, BUNGE-

ORDER GRANTING PLAINTIFF'S SECOND
MOTION TO PROCEED *IN REM* AND TO
TAKE DISCOVERY - 1

CHICAGO.COM, BUNGE-CHICAGOINC.COM, and BUNGE-CHICAGOINCORPORATED.COM), "Jefferson Lautner," and the email account j.lautner700@gmail.com.

Dated this 23rd day of January, 2014.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S SECOND
MOTION TO PROCEED *IN REM* AND TO
TAKE DISCOVERY - 2