UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGE LIMITED, *et al.*,

   Plaintiffs,

   v.

BUNGECHICAGO.COM,

   Defendant.

Case No. C13-0621RSL

ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT AND DIRECTING TRANSFER OF DOMAIN NAME

This matter comes before the Court on "Plaintiff's Second Motion for Summary Judgment Concerning the New Infringing Domains." Dkt. # 37. Defendants have not appeared or opposed the motion. The Court considers the failure to file an opposition "an admission that the motion has merit." LCR 7(b)(2). The Court has also reviewed the motion on its merits and finds that summary judgment is appropriate.

The Clerk of Court is therefore directed to enter judgment in favor of plaintiff and against defendants. The Court further directs eNOM, Inc., the registrar and custodian of the domain names BUNGECHICAGOINC.COM, BUNGE-CHICAGO.COM, BUNGE-CHICAGOINC.COM, and BUNGE-CHICAGOINCORPORATED.COM, to transfer the domain names to plaintiff Bunge Limited.

ORDER GRANTING PLAINTIFF'S SECOND
MOTION FOR SUMMARY JUDGEMENT - 1

1       Dated this 23rd day of July, 2014.

2

3                             Robert S. Lasnik
                              United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S SECOND
MOTION FOR SUMMARY JUDGEMENT - 2